Billy L. Rohwedder
35 W. 3350 S.
S.L.C. Utah 84115

In The United States District Ct. Central Div. State Of Utah

FILED
U.S. DISTRICT COURT

2020 JAN 21 P 12:33

DISTRICT OF UTAH

Billy L. Rohwedder,
                        Plaintiff
VS.

Rocky Mountain Pies, Talent
Team Staffing.
                        Defendants

Civil Complaint:

RECEIVED CLERK
JAN 16 2020
U.S. DISTRICT COURT

Case: 2:20-cv-00034
Assigned To : Kimball, Dale A.
Assign. Date : 1/16/2020
Description: Rohwedder v. Rocky
Mountain Pies et al

Civil Complaint: Plaintiff, Billy L. Rohwedder
is the plaintiff in this action.

Plaintiff currently resides at 35 W.
3350 ↓ S.  S. L. C., Utah 84115.

Preliminary Statement: The plaintiff was
previously employed by Rocky Mountain
Pies of South Salt Lake City, Utah
84115.

1.

Plaintiff alleges Rocky Mountain Pies's upper "management" is exploitative, discriminatory engages in egregious civil rights violation; uses staffing services as a "front" for pre-meditated abuses and uses pre-texts to illegally terminate good employees that could be "whistle-blowers." The plaintiff being one.

Nature Of Case: On a date (less than 1 year ago) recorded by staffing service Talent Team / Rocky Mountain Pies; the plaintiff; Billy L. Rohwedder was hired by "Monica" of Talent Team staffing.

On the day of "hire" Monica" explained some "over-time" would be necessary. Plaintiff agreed to this.

Plaintiff was never late. Plaintiff always stayed over 8 hours.

After hire, during employ; the plaintiff recognized labor exploitation. This labor exploitation appeared to be "class based."

The plaintiff recognized that hispanic workers were being taken advantage of. Because, hispanic workers often have insecurities over speech handicaps. Empirical research also suggests hispanic workers new to America have a feeling that employment will be very hard to find if terminated.

Consequently, "over-working", "under-paying", expecting too much from such workers is common.

It becomes a "culture" of choice. For employers choose to exploit where profit becomes extraordinary.

Anything that threatens this strategic system becomes a "threat" to the employer.

3.

Employers want to silence their illegal
ADVANTAGES to exploit profit potential.

Plaintiff claims the ABOVE ENDED his
Assignment.

Talent Team in cooperation with Rocky
Mountain, " Pies has created or DID
create a " culture of exploitation" AND
Anyone Not conducive to it is discriminated
against.

Plaintiff WAS terminated through
Discrimination by pre-text.

Statement Of Facts:

                                        One:

Plaintiff was Never late for work.

                                        Two:

Plaintiff was not a " slacker" AND Never left
before end-time.

                                        Three:

There was no honest Justifiable REASON for

4.

the "termination."

## Four:

The "termination" was after the plaintiff spoke to "Monica" from Talent Team and a Rocky Mountain Pies manager.

## Five:

Plaintiff went back to his position after the their brief meeting in a closed office with the above.

## Injury:

Loss of wages. Psychological ramifications involved in every incidence of discriminatory prejudice.

5

Request (for Relief:          One:

Compensatory Damages in the amount of $11.50 (for seasonal) (over-time) & $17.25. & 40 hours, plus 14 hours of over-time

$460.00      plus ~ $281.50 &

Total $741.00      for 16 weeks.

Eleven Thousand, Eight hundred fifty six Dollars

Punitive Damages in the amount of 4 thousand, 9 hundred, 44 Dollars.

A total of $15,000 Dollars.

Two:

Appointment Of Counsel.

Three:

A full time 40 hours A week Job;

6.

paid $17.00 an hour.

Four:

Compel the defendant to pay court costs.

Five:

Trial by Jury.

Any and all other relief the court deems just and proper.

Respectfully, Pro-Se

Billy L. Rohwedder

Certificate Of Service:
copies of this document were sent by
mailing to:

351 S. West Temple
S.L.C. Utah 84101